IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY J. ROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | Civil Action No. 3:09-CV-1173-O |
| MUSTAPHA I. AKHIR, et. al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge (Doc. # 8) in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 31st day of August, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**